**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 9, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00993-CV

---

### IN RE JOSEPH R. WILLIE, II, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 401,492**

---

## MEMORANDUM OPINION

On October 29, 2012, relator Joseph R. Willie, II filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Loyd Wright, presiding judge of the Probate Court No. 1 of Harris County, to vacate his order dated March 2, 2011, holding relator in contempt and imposing sanctions. Relator also filed an emergency motion to stay a contempt hearing scheduled for November 1, 2012, in the court below. *See* Tex. R. App. P. 52.10. On October 31, 2012, this court denied emergency relief, and we denied relator's motion to reconsider our ruling on November 1, 2012.

Mandamus is an extraordinary remedy that will issue only if (1) the trial court clearly abused its discretion and (2) the party requesting mandamus relief has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004).

Relator has not established his entitlement to extraordinary relief from a writ of mandamus. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.